UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THIN-NOLOGY, L.L.C. § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CAUSE NO. 1:21-CV-403-LY |
| § | |
| SENTINENAL INSURANCE COMPANY, LTD. § | |
| § | |
| Defendants § | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Thin-nology, L.L.C.; Defendant is Sentinel Insurance Company, Ltd.

2. On March 26, 2021, plaintiff sued Defendant. This cause was subsequently removed to the United States District Court Western District of Texas, Austin Division, under this cause: Civil Action No. 1:2l -CV-00403.

3. Plaintiff moves to dismiss this suit.

4. Defendant, who has served an answer, agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. A receiver has not been appointed in this case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

10. For the above reasons and due to the agreement of the parties, both parties agree to the dismissal of this suit and request that the Court sign an order dismissing this suit as requested herein.

Respectfully submitted,

**THE PARKER LAW FIRM, P.L.L.C.**

By: /s/ James D. Parker
James D. Parker
Texas State Bar No. 24039107
1901 East Palm Valley Blvd., Ste. 216
Round Rock, Texas 78664
Tel. (512) 827-2449
Fax. (512) 373-8020
james@jamesparkerlawfirm.com
**ATTORNEY FOR PLAINTIFF**
**THIN-NOLOGY, L.L.C.**

**AGREED:**

**ZELLE LLP**

By: /s/ Todd M.Tippett (e-signed w/ permission)
Todd M. Tippett
Texas Bar No. 24046977
ttippett@zelle.com
Michael P. O'Brien
Texas Bar No. 24103418
mobrien@zelle.com

901 Main Street, Suite 4000
Dallas, Texas 75202
Telephone: 214-742-3000
Facsimile: 214-760-8994
**ATTORNEYS FOR DEFENDANT**
**SENTINEL INSURANCE COMPANY, LTD.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 27th day of December, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I have served the document to the following counsel of record via e-mail:

Todd M. Tippett
901 Main Street, Suite 4000
Dallas, Texas 75202
ttippett@zelle.com

/s/ James D. Parker
James D. Parker