IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THIN-NOLOGY, L.L.C., | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:21-CV-403LY |
| | § | |
| SENTINENAL INSURANCE | § | |
| COMPANY, LTD., | § | |
|     DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On December 27, 2021, the parties filed a Stipulation of Dismissal with prejudice (Doc. #8). Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this 28th day of December, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE